IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HELEN W. GRANGER,        } | |
| } | |
| Plaintiff,          } | |
| } | CIVIL ACTION NO. |
| v.                        } | 10-AR-2729-S |
| } | |
| NATIONWIDE MUTUAL FIRE    } | |
| INSURANCE COMPANY and SIDNEY } | |
| K. BROOKS,                } | |
| } | |
| Defendants. | |

**<u>MEMORANDUM OPINION</u>**

As pointed ut on December 10, 2010, during oral argument on the motion of plaintiff, Helen W. Granger, to remand the above-entitled case, which had been removed only by defendant, Nationwide Mutual Fire Insurance Company, the position taken in this court by defendant, Sidney K. Brooks ("Brooks"), described in the notice of removal as having been fraudulently joined, satisfies the court that Brooks was not fraudulently joined.  Although both defendants may very well satisfy the state court that a motion to dismiss must be granted as to both defendants, under the anomalous procedural circumstances, this court is unwilling to find the complete diversity necessary for a removal under 28 U.S.C. § 1332.  Brooks was not fraudulently joined.  A separate order of remand will be entered.

DONE this 13th day of December, 2010.

                                                                  _____
                                                                  WILLIAM M. ACKER, JR.
                                                                  UNITED STATES DISTRICT JUDGE